**Order Filed on 9/21/2009 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WHITE AND WILLIAMS LLP**
Wesley R. Payne, Esquire
Amy E. Vulpio, Esquire (AV 7378)
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA  19103-7395
Telephone: (215) 864.7000
Telecopier: (215) 864.7123
paynew@whiteandwilliams.com
vulpioa@whiteandwilliams.com

Attorneys for Movant,
Firstline Mutual Insurance Company

| | |
|---|---|
| In Re:<br><br>SECRET GARDEN LANDSCAPING, INC.,<br><br>                                        Debtor. | **CHAPTER 11**<br><br>**Case No. 07-26349 (GMB)**<br><br>**Hearing Date: Sept. 21, 2009 at 10:00 a.m.**<br><br>**Judge: Hon. Gloria M. Burns** |

Recommended Local Form:   [ ]  Followed  [X]  Modified

**ORDER MODIFYING AND LIFTING OF AUTOMATIC STAY CASE**

The relief set forth on the following page,

**DATED: 9/21/2009**

_Honorable Gloria M Burns_
United States Bankruptcy Court Judge

_____
Honorable Gloria M. Burns
United States Bankruptcy Court Judge

Dated: _____

5561261v.2

(Page 2)

Debtor:       Secret Garden Landscaping, Inc.

Case No:     07-26349 (GMB)

<u>Caption of Order:</u>       **ORDER MODIFYING AND LIFTING OF AUTOMATIC STAY**

The matter having been brought before the Court on motion of Firstline Mutual Insurance Company, insurer of Secret Garden Landscaping, Inc. (the "Debtor"), for an Order for: (1) abstention from the federal court action against the Debtor, entitled <u>Firstline National Insurance Company v. Secret Gardens Landscaping</u>, USDC, NJ, No. 1:07-cv-0259 (the "Federal Court Action"); and (2) modification of and relief from the automatic stay to allow the Firstline to proceed towards final judgment in the Federal Court Action.

IT IS SO ORDERED THAT:

1.    The Bankruptcy Court hereby abstains from adjudicating merits of the Federal Court Action;

2.    The automatic stay is hereby modified to allow the Firstline to proceed towards final judgment or settlement of claims against the Debtor and other defendants in the Federal Court Action.

3.    Any recovery by the Firstline in the Federal Court Action against the Debtor or its estate is limited to the determination of coverage, if any, available under the Debtor's applicable insurance policies for the State Court action of <u>HSJ Properties LLC v. Secret Gardens Landscaping</u>, Docket NO. CAM-L-5401-05.

4.    Firstline will serve this Order upon the Debtor, the U.S. Trustee and any other party that has made an appearance on this motion within seven (7) days of docketing of this Order.

- 2 -

5561261v.2

*Approved by Judge Gloria M. Burns September 21, 2009*